E-filing

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3  Name _Johnson , Theodore_

4       (Last)              (First)              (Initial)    S.F. County Jail   INMATE

5  Prisoner Number _P.O. BOX 67@ San Bruno, Ca. 94066_

6  Institutional Address _Jail # C.J.5_

7  _____

8  ==================================================

9                    **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**

10  _Theodore Johnson_

11  (Enter the full name of plaintiff in this action.)    CV  08        1358

12               vs.                          Case No. _____
                                          (To be provided by the clerk of court)
13  _San Francisco Police Dept._                                    (PR)
14  _Heather Fong Police Chief_       **COMPLAINT UNDER THE**
                                  **CIVIL RIGHTS ACT,**    RMW
15  _San Francisco Corporation_       **42 U.S.C §§ 1983**

16  _City & County of San Francisco_

17  (Enter the full name of the defendant(s) in this action))
    _& Officer Lori Dutra # 765_

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.    Exhaustion of Administrative Remedies

20       [**Note:** You must exhaust your administrative remedies before your claim can go

21       forward. The court will dismiss any unexhausted claims.]

22       A.    Place of present confinement _San Bruno Jail #C.J.5_

23       B.    Is there a grievance procedure in this institution?

24                   YES (✓)    NO ( )

25       C.    Did you present the facts in your complaint for review through the grievance

26             procedure?

27                   YES(✓)    NO ( )

28       D.    If your answer is YES, list the appeal number and the date and result of the

    COMPLAINT                    - 1 -

1    appeal at each level of review. If you did not pursue a certain level of appeal,

2    explain why.

3    1. Informal appeal ___*N/A*_____

4    _____

5    _____ 2. First

6    formal level_____

7    _____

8    _____

9    3. Second formal level_____

10    _____

11    _____ 4 Third

12    formal level _____

13    _____

14    _____

15    E.    Is the last level to which you appealed the highest level of appeal available to

16    you?

17    YES (✓    NO ( )

18    F.    If you did not present your claim for review through the grievance procedure,

19    explain why._*THIS IS AN EXCESSIVE FORCE COMPLAINT*_

20    _*ON THE SAN FRANCISCO POLICE DEPT.*_

21    _*Police Report # 080132275*_

22    II.    Parties

23    A.    Write your name and your present address. Do the same for additional plaintiffs,

24    if any.

25    _*Theodore Johnson*_

26    _*P.O. BOX 67 @ San Bruno, Ca. 94066*_

27    _____

28    B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT    - 2 -

1   place of employment.

2   _____

3   _____

4   _____

5   _____

6   _____III.

7   Statement of Claim

8       State here as briefly as possible the facts of your case.  Be sure to describe how each

9   defendant is involved and to include dates, when possible.  Do not give any legal arguments or

10  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

11  separate numbered paragraph. We were walking down the street
12  at 17th St. in San Francisco, when suddenly I was
13  tackled by police. I have an all metal spine, all
14  metal vertibraes, which holds the spine in place with
15  two herrington rods. When I was tackled, the
16  police grabbed my arms from behind, pulling them
17  to my back, grabbed my dread-locks while holding
18  my right arm with her right arm, (A HAIR PULL DOWN
19  - TAKE DOWN) it's called by police, my chest slam-
20  med to the ground, foot in my back. I had
21  bad chest pains, and was taken to the hospital
22  for 12 hours before being booked into jail. This
23  was beyond excessive-force and brutality. Please
24  refer to police report # 080132275, arrest date
25  IV.   Relief                                02/07/08

26      Your complaint cannot go forward unless you request specific relief.  State briefly exactly

27  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

28  TO BE DETERMINED BY COUNSEL@LATER DATE

COMPLAINT                          - 3 -

1

2

3

4

5

6

7  I declare under penalty of perjury that the foregoing is true and correct.

8

9  Signed this  5  day of  March , 20 08

10

11  _____

12  (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -

Theodore Johnson
P.O. Box 67
San Bruno, Ca. 94066

RECEIVED

MAR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
P.O. Box 36060 @ S.F., Ca.
450 Golden Gate Ave
San Francisco, Ca. 94102
C/o Richard W. Wieking
Clerk of the Court

USA 41

SAN FRANCISCO
MAR
6