E-filing

FILED
08 MAR 10 PM 3:23
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Theodore Johnson

Plaintiff,

vs.

San Francisco Police Dept.
Heather Fong Chief of Police
City & County S.F. Defendant.
& Officer Lori Dutra #765 Star

CASE NO. CV 08 1358 RMW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Theodore Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A    Net: N/A

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                           Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,                        Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                                    Yes ___ No ✓
14     d.   Pensions, annuities, or                           Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,                Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                     Yes ___ No ✓
24  Spouse's Full Name: _____∅_____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____ N A _____
6      _____
7  5.  Do you own or are you buying a home?     Yes ____ No __✓__
8  Estimated Market Value: $___∅___ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                Yes ____ No __✓__
10 Make ___∅___ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N A__
15 _____
16 Present balance(s): $ ___∅___
17 Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __✓__
20 _____
21 8.  What are your monthly expenses? NONE
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts: NONE
25 Name of Account       Monthly Payment       Total Owed on This Acct.
26 _____          $ _____          $ _____
27 _____          $ _____          $ _____
28 _____          $ _____          $ _____  9.  Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |      I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |      I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15
16   3/5/08                                   [signature]
17   DATE                                     SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Theodore Johnson_ for the last six months at

_C.J. 5 @ San Bruno, Ca. 94066_ where (s)he is confined.

[prisoner name]

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____

_____

[Authorized officer of the institution]