Name: Theodore Johnson
Address: P.O. Box 67 @ San Bruno, Ca. 94066
Tele:

3/5/08

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA @ S.F.

Theodore Johnson
   Plaintiff
        v.
San Francisco Police Dept.
Police Chief Heather Fong
City of San Francisco
County of San Francisco et al.
(Officer Lori Dutra  Defendants
Star #765

E-filing

**SUMMONS**

Civil Action No. 08

RMW
(PR)

\* SUMMONS \*

### TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon plaintiff, whose address is [P.O. Box 67 @ San Bruno, Ca. 94066] an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in complaint.

Clerk of the Court

Date: _____