E-filing

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Dear Sir or Madam:

CV 08

FILED
08 MAR 10 PM 3: 22

Your complaint has been filed as civil case number _____

RMW

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you
must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. **(PR)**
the application is granted, you will not have to prepay the fee, but it will be taken out of income
to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an <u>In Forma Pauperis</u> Application.

2. ___✓___ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's
<u>In Forma Pauperis</u> Application.

    _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

    _____ You did not sign your <u>In Forma Pauperis</u> Application.

    ___✓___ You did not submit a Certificate of Funds in Prisoner's Account completed and
signed by an authorized officer at the prison.

    ___✓___ You did not attach a copy of your prisoner trust account statement showing
transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which
includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your
convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within
**THIRTY DAYS** from the filing date stamped above, your action will be **DISMISSED**, the
file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In
Forma Pauperis</u> Application will allow the court to determine whether installment payment
of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
                 Deputy Clerk
rev. 11/07
                      JOHNSON