*E-FILED - 5/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE JOHNSON,            )<br>                              )<br>        Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br> HEATHER FONG, et al          )<br>                              )<br>        Defendants.           )<br>_____) | No. C 08-1358 RMW (PR)<br><br>JUDGMENT |

    The court has dismissed the instant civil rights complaint without prejudice.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

    IT IS SO ORDERED

DATED: 5/12/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\SJ.Rmw\CR.08\Johnson358jud.wpd