nt 6   Filed 05/13/2008   Page 1 of 1

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**FILED**

JUN – 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5/13/08*

ES DISTRICT COURT

TRICT OF CALIFORNIA

No. C 08-1358 RMW (PR)

JUDGMENT

Theodore Johnson
**RETURN TO SENDER**
✓ Not in Custody
___ Unacceptable Item(s)
___ Other
San Francisco Sheriff's Department

NIC

rights complaint without prejudice.  A

red.  The clerk shall close the file.



RONALD M. WHYTE
United States District Judge

28

Judgment
G:\PRO-SE\SJ.Rmw\CR.08\Johnson358jud.wpd